AO 442 (Rev. 10/03) Warrant for Arrest

FILED
DISTRICT COURT OF GUAM
APR 25 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

JOON HYUN HA

**WARRANT FOR ARREST**

Case Number: MG-05-00015

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ JOON HYUN HA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☑ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

ATTEMPTED ILLEGAL REENTRY OF REMOVED ALIEN

in violation of Title __8__ United States Code, Section(s) __1326(a) & (b)(2)__

| JOAQUIN V. E. MANIBUSAN, JR. | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Magistrate Judge | 4/25/2005   Hagatna, Guam |
| Title of Issuing Officer | Date   Location |

ORIGINAL

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 4-25-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-25-05 | Byron Farley CEO | [signature] |