

FILED
DISTRICT COURT OF GUAM
APR 2 6 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**JOON HYUN HA,**<br><br>    Defendant. | MAGISTRATE<br>CRIMINAL CASE NO. 05-00015-001<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case.

Dated this 26TH day of April, 2005.

_____
JOAQUIN V. E. MANIBUSAN, JR. Magistrate Judge
U.S. DISTRICT COURT OF GUAM