# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

## CRIMINAL MINUTES

**CASE NO.** MG-05-00015    **DATE:** 04/26/2005    **TIME:** 2:20:44 - 2:23:11

---

**HON.** JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE    Law Clerk: JUDITH HATTORI
Official Court Reporter:    Courtroom Deputy: Leilani Toves Hernandez
Court Recorder: Leilani Toves Hernandez    CSO: J. Lizama & J. McDonald

**************************** A P P E A R A N C E S ****************************

**DEFT:** JOON HYUN HA    **ATTY:** KIM SAVO
(✔) PRESENT (✔) CUSTODY ( ) BOND ( ) P.R.    (✔) PRESENT ( ) RETAINED (✔) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID    **AGENT:** BYRON FARLEY, B. I. C. E.

**U.S. PROBATION:** JUDY OCAMPO    **U.S. MARSHAL:** S. LUJAN

**INTERPRETER:**    **LANGUAGE:**

---

**PROCEEDINGS:** INITIAL APPEARANCE RE COMPLAINT

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

__FEDERAL PUBLIC DEFENDER__ APPOINTED TO REPRESENT THE DEFENDANT

( ) DEFENDANT SWORN AND EXAMINED

         AGE:          SCHOOL COMPLETED:

( ) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

( ) COURT QUESTIONS DEFENDANT(S) REGARDING THEIR PHYSICAL AND MENTAL CONDITION

( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT


**PRELIMINARY EXAMINATION SET FOR:**

**ARRAIGNMENT SET FOR:**

**TRIAL SET FOR:**

**PROCEEDINGS CONTINUED TO:**


( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)

(✔) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR

         ( ) *PROCESSING*    (✔) *DETENTION*

**NOTES:**

The Court informed parties that the defendant does not speak English and there were not Korean interpreters available. The Court further stated that it will continue the Initial Appearance hearing to a time that an interpreter is available and parties will be informed of the hearing date and time.

Government concurred with the recommendation of detention as stated in the Pretrial Services Report. Defense did not contest. Accordingly, the Court remanded the defendant into custody.