FILED
DISTRICT COURT OF GUAM
APR 28 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

### CRIMINAL MINUTES

**CASE NO.** MG-05-00015     **DATE:** 04/27/2005     **TIME:** 3:02:52 - 3:14:11

**HON.** JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE     Law Clerk: JUDITH HATTORI
Official Court Reporter:     Courtroom Deputy: Leilani Toves Hernandez
Court Recorder: Leilani Toves Hernandez     CSO: J. McDonald

************************** APPEARANCES ******************************

**DEFT:** JOON HYUN HA     **ATTY:** KIM SAVO
(✓) PRESENT (✓) CUSTODY ( ) BOND ( ) P.R.     (✓) PRESENT ( ) RETAINED (✓) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** MARIVIC DAVID     **AGENT:**

**U.S. PROBATION:** JUDY OCAMPO     **U.S. MARSHAL:** S. LUJAN

**INTERPRETER:** DONG MASGA     **LANGUAGE:** KOREAN

**PROCEEDINGS:** CONTINUED INITIAL APPEARANCE RE COMPLAINT

( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED

_____ APPOINTED TO REPRESENT THE DEFENDANT

( ) DEFENDANT SWORN AND EXAMINED

      AGE:      SCHOOL COMPLETED:

(✓) DEFENDANT ARRAIGNED AND ADVISED OF THEIR RIGHTS, CHARGES AND PENALTIES

( ) COURT QUESTIONS DEFENDANT(S) REGARDING THEIR PHYSICAL AND MENTAL CONDITION

( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT

**PRELIMINARY EXAMINATION SET FOR:** MAY 5, 2005 at 10:30 A.M.
**ARRAIGNMENT SET FOR:**
**TRIAL SET FOR:**
**PROCEEDINGS CONTINUED TO:**

( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)

(✓) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR
    ( ) PROCESSING     (✓) DETENTION

**NOTES:**
Counsel was instructed to submit a financial affidavit for the defendant.

Government recommended detention. Defense did not contest. Accordingly, the Court remanded the defendant into custody.