| | |
|---|---|
| 1 | LEONARDO M. RAPADAS |
| | United States Attorney |
| 2 | MARIVIC P. DAVID |
| | Assistant U.S. Attorney |
| 3 | Suite 500, Sirena Plaza |
| | 108 Hernan Cortez Ave. |
| 4 | Hagåtña, Guam 96910 |
| | PHONE: 472-7332 |
| 5 | FAX: 472-7334 |

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

MAY - 6 2005

MARY L.M. MORAN
CLERK OF COURT

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE |
| | ) | CRIMINAL CASE NO. 05-00015 |
| Plaintiff, | ) | |
| | ) | MOTION TO DISMISS |
| vs. | ) | COMPLAINT; AND |
| | ) | ORDER |
| JOON HYUN HA, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint in the above cause against defendant JOON HYUN HA be dismissed, for the reason that the defendant has been charged through an Information on

//
//
//
//
//
//
//
//

1  May 3, 2005, under Magistrate Case No. 05-00016, which said Information has incorporated
2  similar criminal acts described in the Complaint.
3      Respectfully submitted this 4th day of May, 2005.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and NMI

        By:      _____
                      MARIVIC P. DAVID
                      Assistant U.S. Attorney

**IT IS SO ORDERED** this 5th day of May, 2005.

                        _____
                        JOAQUIN V. E. MANIBUSAN, JR.
                        Magistrate Judge
                        District Court of Guam



RECEIVED
MAY - 4 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM